IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| ELLIS WALKER | : | NO. 06-2265 |

ORDER

AND NOW, on this 22nd day of January, 2007, it is hereby ORDERED that:

(1) the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells is APPROVED and ADOPTED;

(2) the Petition of Ellis Walker for a Writ of Habeas Corpus is CONDITIONALLY GRANTED; and

(3) the matter is REMANDED to the United States Parole Commission for further proceedings consistent with the Report and Recommendation, including recalculation of the date Petitioner should be released from all custody.  This recalculation shall be completed within sixty (60) days of the date of this Order or Petitioner shall be released from all custody without further action of this court.

BY THE COURT:

/s/ Harvey Bartle III
C.J.